B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**SPRENGER, PAUL JOSEPH** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**SPRENGER, PATRICIA LYNN** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**KENDZIORA, PATRICIA LYNN** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**7677** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**3307** |
| Street Address of Debtor (No. and Street, City, and State):<br>**34047 North Gerwal Avenue**<br>**Grayslake, IL**<br>ZIP CODE **60030** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**34047 North Gerwal Avenue**<br>**Grayslake, IL**<br>ZIP CODE **60030** |
| County of Residence or of the Principal Place of Business:<br>**LAKE** | County of Residence or of the Principal Place of Business:<br>**LAKE** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9           Recognition of a Foreign<br>☐ Chapter 11         Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                              Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer    ☐ Debts are primarily<br>debts, defined in 11 U.S.C.           business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or household purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>----<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | KENNETH S. GARDNER, CLERK<br>PS REP. - CW<br>FILED<br>JUN 23 2010<br>UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS |

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: |
| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) ||||
|---|---|---|---|
| Name of Debtor: **N/A** | Case Number: **N/A** || Date Filed: |
| District: **Northern District of Illinois** | Relationship: **N/A** || Judge: **N/A** |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Debtor<br><br>X *Patricia X Spencer*<br>Signature of Joint Debtor   847-548-7777<br>Telephone Number (if not represented by attorney)<br>6/23/2010<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____<br>Signature of Attorney for Debtor(s)<br><br>_____<br>Printed Name of Attorney for Debtor(s)<br><br>_____<br>Firm Name<br><br>_____<br>Address<br><br>_____<br>Telephone Number<br><br>_____<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

<u>Northern</u> District of <u>Illinois</u>

In re <u>Paul Joseph Sprenger</u>          Case No. _____
         Debtor                                      (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                              Page 2

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

                    Signature of Debtor: *[signature]*
                    Date: 6/23/2010

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re Patricia Lynn Sprenger          Case No. _____
       Debtor                                 (if known)

**EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT**

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.   Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: *[signature]*
Date: 6/23/2010

| Name of Creditor | Mailing Address | City | State | Zip | Phone Number | Amount | Current Account Number |
|---|---|---|---|---|---|---|---|
| Advanta Bank Corp | PO Box 30715 | Salt Lake City | UT | 84130-0715 | (801) 523-2800 | $ 4,299.00 | 5584-1800-1445-6223 |
| Advanta Bank Corp | PO Box 30715 | Salt Lake City | UT | 84130-0715 | (801) 523-2800 | $ 15,384.00 | 5584-1800-1302-4289 |
| America United Bank & Trust Company USA | 321 West Golf Road | Schaumburg | IL | 60196 | (847) 882-4000 | $ 528.00 | 57772357 |
| America United Bank & Trust Company USA | 321 West Golf Road | Schaumburg | IL | 60196 | (847) 882-4000 | $ 46,989.72 | 61821755 |
| America United Bank & Trust Company USA | 321 West Golf Road | Schaumburg | IL | 60196 | (847) 882-4000 | $ 120,450.00 | 6182170 |
| America United Bank & Trust Company USA | 321 West Golf Road | Schaumburg | IL | 60196 | (847) 882-4000 | $ 238,739.00 | 5777230 |
| America United Bank & Trust Company USA | 321 West Golf Road | Schaumburg | IL | 60196 | (847) 882-4000 | $ 269,536.00 | 5777231 |
| America United Bank & Trust Company USA | 321 West Golf Road | Schaumburg | IL | 60196 | (847) 882-4000 | $ 720,000.00 | |
| ARM Accounts Receivable Management, Inc. | PO Box 129 | Thorofare | NJ | 08086-0129 | (866) 932-6719 | $ 8,762.33 | 16067777 |
| Associated Recovery Systems | PO Box 463023 | Escondido | CA | 92046-3023 | (866) 879-1503 | $ 17,657.62 | 20073027 |
| Aurora Loan Services | 2617 College Park | Scottsbluff | NE | 69361 | (308) 635-3500 | $ 231,839.00 | 3640032216228 |
| Bank of America | PO Box 15026 | Wilmington | DE | 19850 | (800) 583-1820 | $ 6,290.40 | 4800-1389-9916-4744 |
| Bank of America | PO Box 15026 | Wilmington | DE | 19850 | (800) 583-1820 | $ 17,657.62 | 4313-0879-9927-9814 |
| Bank of America | PO Box 15026 | Wilmington | DE | 19850 | (800) 583-1820 | $ 22,475.97 | 5490-9919-9804-0691 |
| Bank of America | 450 American Street SV | Simi Valley | CA | 93065 | (800) 669-6607 | $ 59,085.12 | 169266069 |
| CB Disputes | PO Box 108 | Staint Louis | MO | 63166 | (866) 234-4750 | $ 20,287.00 | 5450-8120-4726-0908 |
| Chase - Wamu | PO Box 9001123 | Louisville | KY | 40290-1123 | (800) 448-9136 | $ 112,740.00 | 1560081401986 |
| Chase - Wamu | PO Box 24696 | Columbus | OH | 43224-0696 | (800) 448-9136 | $ 135,849.51 | 0081705139 |
| Chase - Wamu | PO Box 24696 | Columbus | OH | 43224-0696 | (800) 448-9136 | $ 158,563.95 | 0621682970 |
| Chase - Wamu | PO Box 24696 | Columbus | OH | 43224-0696 | (800) 448-9136 | $ 181,513.00 | 0080546005 |
| Chase Bank USA NA | PO Box 15298 | Wilmington | DE | 19850 | (800) 955-9900 | $ 775.00 | 4253-2922-5000-0113 |
| Chase Bank USA NA | PO Box 15298 | Wilmington | DE | 19850 | (800) 955-9900 | $ 13,803.00 | 4266-5130-2386-0037 |
| Chase Bank USA NA | PO Box 15298 | Wilmington | DE | 19850 | (800) 955-9900 | $ 24,626.00 | 4366-1330-2050-5458 |
| Chase Bank USA NA | PO Box 15298 | Wilmington | DE | 19850 | (800) 955-9900 | $ 28,372.00 | 5401-6830-3799-1772 |
| Chase Home Finance LLC | PO Box 24696 | Columbus | OH | 43224 | (800) 836-5656 | $ 100,887.00 | |
| Chase Home Finance LLC | 3415 Vision Drive | Columbus | OH | 43219 | (800) 448-9136 | $ 238,500.00 | 4651860118141 |
| Chase Home Finance LLC | 3415 Vision Drive | Columbus | OH | 43219 | (800) 448-9136 | $ 294,151.00 | 4651844738327 |
| Client Services, Inc. | 3451 Harry Truman Blvd. | St. Charles | MO | 63301-4047 | (800) 521-3236 | $ 17,657.62 | 010605843 |
| Client Services, Inc. | 3451 Harry Truman Blvd. | St. Charles | MO | 63301-4047 | (800) 521-3236 | $ 18,550.76 | 010612384 |
| Discover Financial Services, LLC | PO Box 15316 | Wilmington | DE | 19850-5316 | (800) 347-2683 | $ 18,550.76 | 6011-3006-4000-2216 |
| Echelon Recovery, Inc. | PO Box 1880 | Voorhees | NJ | 08043 | (866) 464-1013 | $ 6,290.40 | 9006749 |
| Equable Ascent Financial LLC | 1120 West Lake Cook Road, Suite B | Buffalo Grove | IL | 60089 | (800) 635-5573 | $ 20,121.00 | 4017322 |
| Fidelity Investments | PO Box 15026 | Wilmington | DE | 19850-5026 | (800) 362-6299 | $ 17,657.62 | 4313-0874-1305-2821 |
| FMA Alliance, Ltd. | 11811 North Freeway, Suite 900 | Houston | TX | 77060 | (866) 207-6903 | $ 22,475.97 | 26193645 |
| Focus Receivables Management | PO Box 725069 | Atlanta | GA | 31139-2069 | (866) 918-2469 | $ 18,550.76 | 13351225 |
| Frank Smith | 6950 Madison Street | Niles | IL | 60714 | (847) 942-0905 | $ 40,000.00 | N/A |
| Frank Smith | 6950 Madison Street | Niles | IL | 60714 | (847) 942-0905 | $ 120,000.00 | N/A |
| GC Services Limited Partnership | PO Box 36347 | Houston | TX | 77236-9998 | (877) 290-8894 | $ 6,037.80 | 4115-0770-2135-4776 |
| HSBC Bank | PO Box 5253 | Carol Stream | IL | 60197 | (800) 477-6000 | $ 9,331.01 | 4254-5181-3835-3186 |
| Kohl's - Chase Bank USA | PO Box 3115 | Milwaukee | WI | 53201-3115 | (800) 564-5740 | $ 311.64 | 019-852-014-052 |
| Leading Edge Recovery Solutions | 5440 N. Cumberland Ave., Ste 300 | Chicago | IL | 60656-1490 | (866) 941-9693 | $ 6,290.40 | 9553076 |
| Lowe's Project Card / GEMB; Attn: Bankruptcy Dept. | PO Box 103104 | Roswell | GA | 30076 | (800) 528-2334 | $ 6,960.00 | 827-6550-300360-3 |
| Lowe's Project Card / GEMB; Attn: Bankruptcy Dept. | PO Box 103104 | Roswell | GA | 30076 | (800) 528-2334 | $ 20,121.00 | 79-827-6550-300366-0 |
| MCM Midland Credit Management, Inc. | 8875 Aero Drive, Suite 2 | San Diego | CA | 92123 | (800) 282-2644 | $ 7,507.16 | 8532886027 |
| MCM Midland Credit Management, Inc. | 8875 Aero Drive, Suite 2 | San Diego | CA | 92123 | (800) 282-2644 | $ 9,471.00 | 8532853835 |
| National City (PNC) | 2730 Liberty Avenue | Pittsburgh | PA | 15222 | (800) 423-3883 | $ 3,738.00 | 4311-9663-7707-1830 |
| National Enterprise Systems | 29125 Solon Road | Solon | OH | 44139-3442 | (800) 925-6141 | $ 6,290.40 | 480013899164744 |
| NCB Management Services, Inc. | PO Box 1099 | Langhorne | PA | 19047 | (800) 828-1110 | $ 9,331.01 | 1003063372 |
| NCO Financial Systems, Inc. | 507 Prudential Road | Horsham | PA | 19044 | (800) 218-1175 | $ 6,290.40 | EUP347 |
| Northern Lake Medical, LTD. | 45 Tower Court, Suite C | Gurnee | IL | 60031-3376 | (847) 599-7221 | $ 40.40 | |
| Ocwen Loan Servicing | 12650 Ingenuity Drive | Orlando | FL | 32826 | (800) 310-9229 | $ 28,990.00 | 39050984 |
| Paul M. & Jennie Sprenger | 691 Crescent Terrance | Wauconda | IL | 60084 | (847) 526-3389 | $ 16,700.00 | N/A |
| Paul M. & Jennie Sprenger | 691 Crescent Terrance | Wauconda | IL | 60084 | (847) 526-3389 | $ 35,000.00 | N/A |
| Pro Consulting Services, Inc. | PO Box 66768 | Houston | TX | 77266-6768 | (800) 523-1830 | $ 1,101.47 | 10305245 |
| Professional Placement Services, LLC. | PO Box 612 | Milwaukee | WI | 53201-0612 | (888) 828-5368 | $ 244.11 | 2111936 |
| S&A Stawiarski & Assoc. p.c. | 6560 Greenwood Plaza Blvd, #325 | Englewood | CO | 80111 | (800) 868-5985 | $ 100,887.00 | |
| Sears | 701 E. 60th St / PO Box 6241 | Sioux Falls | SD | 57117 | (800) 917-7700 | $ 9,013.00 | 5121-0717-1807-0976 |
| Steven Gertler & Associates, LTD. | 415 North LaSalle Drive, Suite 402 | Chicago | IL | 60654 | (312) 781-6868 | $ 100,887.00 | |
| Universal Fidelity LP | PO Box 941911 | Houston | TX | 77094-8911 | (281) 647-4152 | $ 311.64 | 07-09-280-1302 |
| US Bank | PO Box 108 | Saint Louis | MO | 63166 | (800) 481-9057 | $ 20,287.00 | 5450-8120-4726-0908 |
| VCS Viking Collection Service, Inc. | 7500 Office Ridge Circle | Eden Prairie | MN | 55344-3678 | (800) 767-7895 | $ 22,475.97 | DS7668 |
| Weltman, Weinberg & Reis Co., L.P.A. | 323 W. Lakeside Avenue, #200 | Cleveland | OH | 44113-1009 | (800) 237-9822 | $ 3,791.69 | 7776698 |